1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE B.,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C24-5003 RSM

**ORDER GRANTING STIPULATED
MOTION FOR REMAND**

13

14

15

16

17

18

19

      Based on Defendant's Unopposed Motion for Remand, it is hereby ORDERED that the Commissioner's decision in regard to Plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff an opportunity for a new hearing and issue a new decision.

20

///

21

///

22

///

23

1        IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

2 This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should

3 be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper

4 request to this Court.

5        DATED this 27th day of February, 2024.

6

7

8 Ricardo S. Martinez
  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2